## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.   15-cv-02175-WYD

DAWN K. MATYI,

   Plaintiff,

   vs.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

   Defendant.

## ORDER

Upon consideration of Defendant's Unopposed Motion to Remand, and good cause appearing therefor, the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), and REMANDS the cause to the Commissioner for further administrative proceedings.  On remand, the Appeals Council will direct the ALJ to obtain evidence from a medical expert and reconsider the step-two findings regarding fibromyalgia and Cushing's Syndrome in light of evidence submitted to the Appeals Council.

The Clerk of the Court will enter a separate judgment pursuant to Fed. R. Civ. P. 58.  *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Dated: February 10, 2016

BY THE COURT:

*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE