IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Wiley Y. Daniel

Civil Action No. 1:15-cv-02175-WYD

DAWN K. MATYI,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

Daniel, J.

    THIS MATTER comes before the Court on the Stipulation for Equal Access to Justice Act Attorney Fees (EAJA), 28 U.S.C. § 2412 et seq. [ECF Doc. No. 22]. After carefully reviewing the motion, I find that it should be granted as follows:

    1. Defendant will pay Plaintiff a total of $3,683.84 in EAJA fees, which will be delivered to the office of Plaintiff's attorney, Teresa H. Abbott.

    2. Defendant's payment of this amount bars any and all claims Plaintiff may have relating to EAJA fees and expenses in connection with this action.

    3. Defendant's payment of this amount is without prejudice to Plaintiff's right to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

Dated: March 28, 2016

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL
SENIOR UNITED STATES DISTRICT JUDGE